IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: December 5, 2024 |
| GEORGE TRAVIS WOODFIELD | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2423(a) (Transportation of a Minor – 1 count) |
| | : | 18 U.S.C. § 2252(a)(4)(B), (b)(2) (Access with Intent to View Prepubescent Child Pornography – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about November 6, 2018, in the Eastern District of Pennsylvania, and elsewhere, defendant

**GEORGE TRAVIS WOODFIELD**

knowingly transported Minor Victim 1, who had not yet attained the age of 18 years, in interstate commerce from the state of Pennsylvania to the state of New York, with the intent that Minor Victim 1 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse in the First Degree, in violation of New York State Penal Law § 130.65(4).

In violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

From on or about September 11, 2015 to on or about July 17, 2024, in the Eastern District of Pennsylvania, and elsewhere, defendant

### GEORGE TRAVIS WOODFIELD

knowingly accessed with intent to view at least one matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which had been mailed and shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, and at least one such image depicts a prepubescent minor and a minor under the age of 12 years.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Sections 2423(a) and 2252(a)(4)(B), as set forth in this indictment, defendant

**GEORGE TRAVIS WOODFIELD**

shall forfeit to the United States of America:

(a) Any visual depiction described in 18 U.S.C. §§ 2251, 2252, and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, possessed, or accessed with intent to view, in violation of Title 18, United States Code, Chapter 110;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s);

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s), including but not limited to:

One Apple iPhone mobile device (IMEI 356321250163391 and 356321250087384); and

One Apple MacBook Pro, S/N C02FR2SP0KPF.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

3

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

  All pursuant to Title 18, United States Code, Sections 2253 and 2428.



_____
JACQUELINE C. ROMERO
United States Attorney

No.24-

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

GEORGE TRAVIS WOODFIELD

## INDICTMENT

18 U.S.C. § 2423(a) (Transportation of a Minor – 1 count)
18 U.S.C. § 2252(a)(4)(B), (b)(2) (Access with Intent to View Prepubescent Child Pornography – 1 count)
Notice of forfeiture



Bail, $ _____